**Jerry RAYSOR, a/k/a Jerry Razor, Petitioner–Appellant,**

v.

**Willie EAGLETON, Warden; Evans Correctional Institution, Respondents–Appellees.**

**No. 01–7757.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 26, 2002.

Jerry Raysor, Appellant Pro Se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Jerry Raysor seeks to appeal the district court's order denying relief on his petition, construed as filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Raysor v. Eagleton,* No. CA–01–2656–7–18BG (D.S.C. Sept. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*DISMISSED.*